

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ROBERT BELCHER, <br>    Debtor | Ch. 13 <br> 22-10560-JEB |
| ROBERT BELCHER, <br>    Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4 MORTGAGE PA and SELECT PORTFOLIO SERVICING, INC.,, <br>    Defendants | Adversary Proceeding <br> 22-01051-JEB |

**Order Continuing Hearing**

**MATTER:**

#23 Assented to Motion filed by Plaintiff Robert Belcher to Reschedule Motion Hearing. Re: [17] Motion filed by Defendants Select Portfolio Servicing, Inc. to Dismiss Adversary Proceeding (Kiah, David)

Granted as follows. The hearing on the Motion to Dismiss is continued to **January 24, 2023, at 11:30 a.m.** The hearing will be held in person at J.W. McCormack Post Office and Court House, 5

Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The Plaintiff is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **December 16, 2022**. If he fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 12/14/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge