**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ) </br> ) </br> ROBERT BELCHER, ) </br> Debtor, ) </br> ) | Bankr. Case No. 22-10560-JEB </br> Chapter 13 |
| ) </br> ROBERT BELCHER, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> THE BANK OF NEW YORK MELLON ) </br> FORMERLY KNOWN AS THE BANK OF ) </br> NEW YORK AS SUCCESSOR TRUSTEE TO ) </br> JPMORGAN CHASE BANK, N.A., AS ) </br> TRUSTEE FOR THE CERTIFICATEHOLDERS ) </br> OF STRUCTURED ASSET MORTGAGE ) </br> INVESTMENTS II TRUST 2006-AR4 ) </br> MORTGAGE PASS-THROUGH CERTIFICATES,) </br> SERIES 2006-AR4, THE BANK OF NEW YORK ) </br> MELLON FORMERLY KNOWN AS THE ) </br> BANK OF NEW YORK AS SUCCESSOR ) </br> TRUSTEE TO JPMORGAN CHASE BANK, N.A.,) </br> AS TRUSTEE FOR THE STRUCTURED ) </br> ASSET MORTGAGE INVESTMENTS II ) </br> TRUST 2006-AR4 MORTGAGE ) </br> PASS-THROUGH CERTIFICATES, ) </br> SERIES 2006-AR4, ) </br> ) </br> Defendant. ) </br> ) | Adversary Proceeding No. 22-01051 |

**CERTIFICATE OF SERVICE**
**OF ORDER CONTINUING HEARING**

I, Peter F. Carr, II, hereby certify that on March 31, 2023, copies of the attached Order

Continuing Hearing (Tab A) were served by email upon the attorney of record for each party,

served electronically upon those parties registered in the CM/ECF System, and that paper copies

were mailed to those parties who are non-registered participants.

110290911.1

Respectfully submitted,

**THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4,**

By its attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO #600069)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Two International Place, 16th Floor
Boston, MA 02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
pcarr@eckertseamans.com

Dated: March 31, 2023

## **CERTIFICATE OF SERVICE**

    I, Peter F. Carr, II, Esquire, certify that on March 31, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 31, 2023          /s/ Peter F. Carr, II
                                                           Peter F. Carr, II

# TAB A



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ROBERT BELCHER,<br>      Debtor<br><br>ROBERT BELCHER,<br>      Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br>et al.,<br>      Defendants | Ch. 13<br>22-10560-JEB<br><br>Adversary Proceeding<br>22-01051-JEB |

**Order Continuing Hearing**

**MATTER:**

#48 Defendant The Bank of New York Mellon's Assented to Motion to Continue Hearing Re: [43] Motion to Dismiss Adversary Proceeding

The Motion is granted in part as follows. The hearing is rescheduled to **May 2, 2023, at 11:00 AM.** The hearing will be held in person in Courtroom #3 at the J.W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Boston, MA.

The Movant is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **April 5, 2023.** If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 3/31/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge